1  JANNA K. LOWENSTEIN (SBN 225371)
   Lowenstein Disability Lawyers, a Law Corporation
2     15315 Magnolia Blvd., Suite 402
      Sherman Oaks, CA 91403
3     Tel:  (818) 905 6611
      Fax:  (818) 789 1375
4     Email: jklowenstein@yahoo.com

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SHERWIN FORDE | ) | CASE NO. CV 10-8740 (AJW) |
|---|---|---|
|         Plaintiff, | ) | ORDER AWARDING ATTORNEYS FEES UNDER EAJA |
| vs. | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | ) | |
|         Defendant | ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED

That EAJA fees are awarded in the amount of $1300.00 subject to the terms of the Stipulation.

September 15, 2011

_____
Andrew J. Wistrich
U.S. Magistrate Judge

---

Forde v. Astrue            1            Order Awarding EAJA Fees