JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, a Law Corporation
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERWIN FORDE ) | CASE NO. CV 10-8740 (AJW) |
| ) | |
| Plaintiff, ) | ORDER AWARDING |
| ) | ATTORNEYS FEES UNDER EAJA |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED

That EAJA fees are awarded in the amount of $1300.00 subject to the terms of the Stipulation.

September 15, 2011

_____
Andrew J. Wistrich
U.S. Magistrate Judge

---

Forde v. Astrue            1            Order Awarding EAJA Fees